# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MYA B. COOK,**

    *Petitioner*,

v.                                   Case No.: 4:21cv352-MW/HTC

**STATE OF FLORIDA,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is

---

[1] The Report and Recommendation was returned as undeliverable, as noted on the docket on November 15, 2021. *See* ECF No. 6. On November 23, 2021, this Court was informed of Petitioner's forwarding address and sent the Report and Recommendation to that address. *See id*. As of the date of this Order, this Court has received no objections or motions for extension to file objections to the Report and Recommendation. Moreover, it appears Petitioner is no longer in custody.

**DISMISSED** without prejudice for failure to comply with orders of this Court and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on November 29, 2021.**

s/Mark E. Walker<br>
**Chief United States District Judge**